**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**IN RE:**

**COSGROVE ROBERT S. JR**                                    **Case No: 17-30673**
                                                                                                    **Chapter 7**
    **Debtor**

**COSGROVE ROBERT S. JR**

    **Plaintiff**
**vs.**                                                                                  **Adv. No: _____**

**INTERNAL REVENUE SERVICE (IRS)**

    **Creditor,**

    **Defendant.**

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS**

**COMES NOW THE DEBTOR**, by and through counsel, would file this adversary proceeding against the Defendant to determine the dischargeability of a debt, and for cause of action would allege, aver and state as follows:

1. Debtor filed a Chapter 7 voluntary petition pursuant to Chapter 7 and Title 11 of the United States Code on or about December 6, 2017.

2. Defendant, **INTERNAL REVENUE SERVICE** is a creditor listed in the schedules in the Plaintiff's petition in bankruptcy.

3. Plaintiff alleges this is a dischargeable debt notwithstanding the provisions of United States Code.

4. The tax which is the subject of this debt was made due as a result of timely filed

federal income tax returns for the for Debtor for the following tax periods for taxes owed, penalties and interest:

SECURED CLAIMS

| | | |
|---|---|---|
| 1999 | Taxes $1,599.74 | Pen./Interest $10,218.85 |
| 2005 | Taxes $6,534.86 | Pen./Interest $    0.00 |
| 2005 | Taxes $5,334.00 | Pen./Interest $11,789.53 |

UNSECURED PRIORITY CLAIM

| | | |
|---|---|---|
| 2007 | Taxes $7,805.25 | Pen./Interest $ 1,765.42 |
| 2007 | Taxes $29,780.36 | Pen./Interest $ 6,696.48 |
| 2008 | Taxes $10,065.63 | Pen./Interest $ 2,263.39 |
| 2008 | Taxes $33,236.81 | Pen./Interest $ 7,473.70 |
| 2008 | Taxes $16,869.00 | Pen./Interest $ 3,793.20 |
| 2008 | Taxes $24,524.91 | Pen./Interest $ 5,514.70 |
| 2009 | Taxes $19,866.83 | Pen./Interest $ 4,467.30 |
| 2009 | Taxes $17,962.65 | Pen./Interest $ 4,039.11 |

UNSECURED GENERAL CLAIMS

| | | |
|---|---|---|
| 2005 | Taxes $16,712.98 | Pen./Interest $ 17,024.22 |
| 2006 | Taxes $65,502.77 | Pen./Interest $ 28,275.62 |
| 2008 | Taxes $49,954.00 | Pen./Interest $ 12,787.64 |
| 2008 | Taxes $17,693.00 | Pen./Interest $  4,529.99 |
| 2009 | Taxes $ 5,438.00 | Pen./Interest $  1,124.27 |
| 2010 | Taxes $19,713.00 | Pen./Interest $  3,209.16 |

Penalties to date of petition on unsecured priority claims (including interest theron)  $     1,070.79
Penalties to date of petition on unsecured general claims (including interest theron)  $    66,303.17

**TOTAL TAXES    $352,030.82    TOTAL TINTEREST/PENALTIES    $ 192,660.17**

**TOTAL TAXES/PEN./INTEREST/FEES    $544,690.99**

5. This is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(1).

6.  Plaintiff alleges that these are debts which are dischargeable in his chapter 7 bankruptcy proceeding and allege that this court should:  (1) determine said debts dischargeable thereunder; (2) issue a ruling and order declaring these particular debts to be dischargeable; (3) order the Defendant to cease any collection efforts on this debt,

including but not limited to wage garnishments, and/or seizure of federal income tax refunds that may be due Plaintiff.

***WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS*** that:

1. A copy of this complaint be served on the Defendant, and that it be required to answer or suffer judgment by default;

2. The debt owed to the Defendant be declared to be dischargeable;

3. The court order the Defendant to cease any collection efforts on this debt, including but not limited to wage garnishments, and/or seizure of federal and/or state income tax refunds that may be due Plaintiff; and

4. The court order such other and further relief, both general and special, to which Plaintiff may be entitled and the proof merits.

Respectfully Submitted,

*/s/ Claire D. Reno*
**CLAIRE D. RENO** (TN#20260)
840 Valleybrook Drive
Memphis, TN  38120
901-685-5646/Fax 901-685-2824

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a copy of the foregoing document, via electronic mail, ECF or U.S Postal Service, postage prepaid, to the Internal Revenue Service, Centralized Insolvency Office at P. O. Box 7346, Philadelphia, PA  19101-7346, this the 20th day of February, 2018.

/s/ Claire D. Reno

Debtor
US Trustee
Case Trustee
IRS