# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Case No.   17−30673   dsk
Chapter   7

Adversary No.

Robert S. Cosgrove Jr.

Debtor(s).

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
### RE FORM, MANNER AND SERVING OF NOTICE
### (APPLICABLE TO CHAPTER 7, 11, AND 12)

25 − Motion for Relief from Stay in RE: 11200 WEXFORD DR, EADS, TN 38028 Filing Fee Due $181, Motion to Abandon Filed by Natalie K Brown on behalf of WELLS FARGO BANK, N.A. (Attachments: # 1 Exhibit # 2 Exhibit) (Brown, Natalie) on May 8, 2018 .

   **NOTICE IS HEREBY GIVEN THAT:**

   1.  The Hearing to consider the above
shall be held on **June 5, 2018 at  09:30 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 945, Memphis, TN 38103 , BUT ONLY IF an objection to such relief requested is filed by May 29, 2018**

     At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

   2.  **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
       **All Parties on Servicing List**

     **Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

   3.  If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013−1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

                                **Kathleen A Ford**
                                **CLERK OF COURT**

                                **BY:  Tonya Lepone**
_____

                                  **Deputy Clerk**
                                **DATE:  May 10, 2018**
                                [combrelcco30]Order/Notice combined Rel 11−03

```
                            United States Bankruptcy Court
                             Western District of Tennessee
In re:                                                                Case No. 17-30673-dsk
Robert S. Cosgrove, Jr.                                               Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0651-2          User: tonya                  Page 1 of 1                  Date Rcvd: May 10, 2018
                              Form ID: combrel             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db             +Robert S. Cosgrove, Jr.,    11200 Wexford Drive,    Eads, TN 38028-6934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
              Barbara M. Zoccola    on behalf of Defendant    Internal Revenue Service barbara.zoccola@usdoj.gov,
               katelyn.smith@usdoj.gov;USATNW.FinlitECF@usdoj.gov
              Claire D. Reno    on behalf of Debtor Robert S. Cosgrove, Jr. claire@renofirm.com,
               r60208@notify.bestcase.com;amy@renofirm.com
              Claire D. Reno    on behalf of Plaintiff Robert S. Cosgrove, Jr. claire@renofirm.com,
               r60208@notify.bestcase.com;amy@renofirm.com
              Claire D. Reno    on behalf of Plaintiff Claire D Reno claire@renofirm.com,
               r60208@notify.bestcase.com;amy@renofirm.com
              Edward L. Montedonico    elmlaw@bellsouth.net,    emontedonico@ecf.epiqsystems.com
              Natalie K Brown    on behalf of Creditor    WELLS FARGO BANK, N.A. nbrown@rubinlublin.com,
               lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;jdabbs2@rubinlublin.com
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                             TOTAL: 7