

**Dated: June 05, 2018**
**The following is SO ORDERED:**

_____
David S. Kennedy
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: | : CASE NO: 17-30673-DSK |
| | : CHAPTER: 7 |
| | : |
| **ROBERT S. COSGROVE, JR.** | : |
| Debtor | : |
| | : |

**ORDER GRANTING ABANDONMENT AND RELIEF FROM**
**AUTOMATIC STAY (REAL PROPERTY)**

WELLS FARGO BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2004-FF11, ASSET-BACKED CERTIFICATES, SERIES 2004-FF11, for itself, its successors and assigns (the "Movant") filed a Motion for Abandonment and Relief from Automatic Stay (Real Property) (the "Motion") May 8, 2018.  Movant seeks relief as to Debtor`s real property located in Shelby County, TN, now or formerly known as 11200 WEXFORD DR, EADS, TN 38028 (the "Property"), as more particularly described on Exhibit "B" attached to the Motion.  Movant alleges the Motion was properly served.  It appears that the Debtor and/or Trustee have failed to file a Response with the Court within the allowed period.  Movant has filed a Certificate of Non-Compliance in Accordance with L.B.R. 9013-1; accordingly, it is hereby

**ORDERED** that the Motion is *granted*: the automatic stay of 11 U.S.C. § 362 is **LIFTED** to allow Movant to proceed to obtain possession of, advertise for, and foreclose the Property in pursuit of its state law remedies, including commencing or continuing dispossessory proceedings, or taking action against the Property to recover upon its secured claim..  It is deemed that the Chapter 7 Trustee has abandoned the property.  The 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply to this Order and Movant may proceed without further delay.

Prepared and Submitted by:

/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

DISTRIBUTION LIST

Robert S. Cosgrove, Jr.
11200 Wexford Drive
Eads, TN 38028

Claire D. Reno, Esq.
The Reno Law Offices
840 Valleybrook Drive
Memphis, TN 38120

Edward L. Montedonico, Trustee
200 Jefferson, Suite 201
Memphis, TN 38103

United States Trustee
Office of the U.S. Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103

Natalie Brown, Esq.
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103