**Dated: June 05, 2018**
**The following is SO ORDERED:**



_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | : CASE NO: 17-30673-DSK |
| | : CHAPTER: 7 |
| | : |
| **ROBERT S. COSGROVE, JR.** | : |
| Debtor | : |
| | : |

### ORDER GRANTING ABANDONMENT AND RELIEF FROM
### AUTOMATIC STAY (REAL PROPERTY)

WELLS FARGO BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2004-FF11, ASSET-BACKED CERTIFICATES, SERIES 2004-FF11, for itself, its successors and assigns (the "Movant") filed a Motion for Abandonment and Relief from Automatic Stay (Real Property) (the "Motion") May 8, 2018.  Movant seeks relief as to Debtor`s real property located in Shelby County, TN, now or formerly known as 11200 WEXFORD DR, EADS, TN 38028 (the "Property"), as more particularly described on Exhibit "B" attached to the Motion.  Movant alleges the Motion was properly served.  It appears that the Debtor and/or Trustee have failed to file a Response with the Court within the allowed period.  Movant has filed a Certificate of Non-Compliance in Accordance with L.B.R. 9013-1; accordingly, it is hereby

**ORDERED** that the Motion is ***granted***: the automatic stay of 11 U.S.C. § 362 is **LIFTED** to allow Movant to proceed to obtain possession of, advertise for, and foreclose the Property in pursuit of its state law remedies, including commencing or continuing dispossessory proceedings, or taking action against the Property to recover upon its secured claim.. It is deemed that the Chapter 7 Trustee has abandoned the property. The 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply to this Order and Movant may proceed without further delay.

Prepared and Submitted by:

/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

DISTRIBUTION LIST

Robert S. Cosgrove, Jr.
11200 Wexford Drive
Eads, TN 38028

Claire D. Reno, Esq.
The Reno Law Offices
840 Valleybrook Drive
Memphis, TN 38120

Edward L. Montedonico, Trustee
200 Jefferson, Suite 201
Memphis, TN 38103

United States Trustee
Office of the U.S. Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103


Natalie Brown, Esq.
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103

United States Bankruptcy Court
Western District of Tennessee

In re:  
Robert S. Cosgrove, Jr.  
      Debtor

Case No. 17-30673-dsk  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0651-2     User: angela     Page 1 of 1     Date Rcvd: Jun 06, 2018  
                         Form ID: pdford02     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.  
db           +Robert S. Cosgrove, Jr.,    11200 Wexford Drive,    Eads, TN 38028-6934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:  
         Barbara M. Zoccola    on behalf of Defendant    Internal Revenue Service barbara.zoccola@usdoj.gov,  
          katelyn.smith@usdoj.gov;USATNW.FinlitECF@usdoj.gov  
         Claire D. Reno    on behalf of Debtor Robert S. Cosgrove, Jr. claire@renofirm.com,  
          r60208@notify.bestcase.com;amy@renofirm.com  
         Claire D. Reno    on behalf of Plaintiff Robert S. Cosgrove, Jr. claire@renofirm.com,  
          r60208@notify.bestcase.com;amy@renofirm.com  
         Claire D. Reno    on behalf of Plaintiff Claire D Reno claire@renofirm.com,  
          r60208@notify.bestcase.com;amy@renofirm.com  
         Edward L. Montedonico    elmlaw@bellsouth.net,   emontedonico@ecf.epiqsystems.com  
         Natalie K Brown    on behalf of Creditor    WELLS FARGO BANK, N.A. nbrown@rubinlublin.com,  
          lcaplan@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;jdabbs2@rubinlublin.com  
         U.S. Trustee    ustpregion08.me.ecf@usdoj.gov  
                                                                                                      TOTAL: 7